**Order entered October 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00730-CV

**ZALE CORPORATION, Appellant**

**V.**

**BERKLEY INSURANCE COMPANY AND
SSTARR INDEMNITY & LIABILITY COMPANY, Appellees**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-09200**

## ORDER

Before the Court are the unopposed motions of appellees for an extension of time to file their respective briefs on the merits. We **GRANT** the motions and extend the time to December 6, 2019.

/s/    KEN MOLBERG
        JUSTICE